UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
JOSE BARAHONA AND DOMENICA      : 07-CV-05550-AKH
BARAHONA,                                               :

                Plaintiffs,  : **APPEARANCE**

   - against -                                       :

                                       : **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,              :

                Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                              By:     /s/ Judith R. Cohen
                                                      _____
                                                        Judith R. Cohen (JC-8614)
                                                       1177 Avenue of the Americas
                                                     New York, New York 10036
                                                       Phone: (212) 277-6500
                                                       Fax: (212) 277-6501

                                                       *Attorney for Defendant*
                                                       MERRILL LYNCH & CO., INC.