## CERTIFICATE OF SERVICE

I, Alyson N. Villano, hereby certify that a copy of the Reply Memorandum of Law in further support of Defendants Tully Construction Co. Inc. and Tully Industries, Inc. Motion to Transfer and/or Stay, and the Supplemental Certification of Joseph E. Hopkins, in the action captioned *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102, has been served upon all parties on the attached service list via email on Thursday, December 06, 2007.


/s/ Alyson N. Villano_____
Alyson N. Villano
PATTON BOGGS LLP
1675 Broadway
New York, New York 10019-5820
(212) 246-5100

-and-

One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102-0301
(973) 848-5600


## SERVICE LIST

Battery Park City Authority
c/o John Flannery
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Gregory J. Cannata
Law Office of Gregory J. Cannata
233 Broadway
New York, NY 10279

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037

Todd Weisman
Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bay Shore, NY 11706

Christopher LoPalo
Worby, Groner, Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

50152